```
                                          FILED
                                        Nov 06 2018
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY    s/yeseniab    DEPUTY
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '18 CR4775 JM |
|---|---|
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| AUSTIN THOMPSON, | Title 18, U.S.C., Sec. 1030(a)(5)(A) and 1030(c)(4)(B)(i) – Damaging Protected Computers. |
| Defendant. | |

The United States Attorney charges:

From on or about December 19, 2013 through on or about January 6, 2014, within the Southern District of California and elsewhere, defendant AUSTIN THOMPSON knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer, and the offense caused loss to at least one person during a 1-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i).

DATED: 11/6/18       .

ADAM L. BRAVERMAN
United States Attorney

Benjamin J. Katz
Assistant U.S. Attorney

11/6/2018