AO 455 (Rev. 01/09) Waiver of an Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NOV 0 6 2018

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>AUSTIN THOMPSON,<br><br>                Defendant. | Case No. 18CR4775-JM<br><br>**WAIVER OF AN INDICTMENT** |

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 06 Oct 18

    AUSTIN THOMPSON
    Defendant

DATED: 6 Nov 18

    HECTOR TAMAYO
    Defendant's Attorney

    JUDICIAL OFFICER