# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 18CR4775-JM |
| | ) | |
| vs | ) | ABSTRACT OF ORDER |
| | ) | |
| | ) | Booking No. _____ |
| Austin Thompson | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___11/6/2018___

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

___✓___ Defendant released on $ __10,000, P/S__ bond posted.

___✓___ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

___Robert A. McQuaid___
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____        JOHN MORRILL                    Clerk
            DUSM                 by _____  ext. 6103
                                              Deputy Clerk

Crim-9  (Rev. 8-11)                                    ★ U.S. GPO: 1996-783-398/40151